UNITED STATES of America, Appellee,

v.

Javier CAZARES–SAENZ, also known as Javier Cazzres–Saenz, Appellant.

No. 07–2517.

United States Court of Appeals, Eighth Circuit.

Submitted: June 16, 2008.

Filed: June 24, 2008.

Henri J. Watson, Watson & Dameron, LLP, Kansas City, MO, Cenobio Lozano, Jr., Harrisonville, MO, for appellant.

David A. Barnes, Asst. U.S. Atty., Kansas City, MO (John F. Wood, U.S. Atty., on the brief), for appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Javier Cazares–Saenz appeals the district court's [1] denial of his motion to suppress all physical evidence seized and statements taken from him, arguing that police officers illegally seized him and searched his motel room, and that his con-

---

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri, adopting the report and recommendations of the Honorable John T. Maughmer, United States Magistrate Judge for the Western District of Missouri.

sents to the search of his motel room and of his vehicle were not voluntary and did not purge the taint of the officers' initial illegal acts. Having carefully reviewed the record and considered Cazares–Saenz's arguments, we find no basis for reversal. *See United States v. Esquivias,* 416 F.3d 696, 699–700 (8th Cir.2005) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.